E-FILED
Wednesday, 20 May, 2026  02:50:47 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

BRENDA MOORE,

      **Plaintiff,**

v.

      **Case No. 25-3160**

KANKAKEE CITY POLICE
DEPARTMENT, et al.,

      **Defendants.**

### REPORT AND RECOMMENDATION

On June 2, 2025, Plaintiff filed a Complaint (#1) against Defendants. On December 15, 2025, the Court denied Plaintiff's request to proceed in forma pauperis. However, the Court found that a partial fee was appropriate considering Plaintiff's limited resources. The Court ordered Plaintiff to pay a reduced filing fee of $200. The first payment of $100 was due December 31, 2026. The second payment of $100 was due January 30, 2026. Plaintiff did not pay the filing fee by January 30, 2026.

On May 13, 2026, the Court ordered Plaintiff to show cause as to why this matter should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to pay the filing fee and prosecute this case. Plaintiff was given 21 days from the entry of the Order to comply. The Court noted that failure to respond will result in dismissal of this case without prejudice. To date, Plaintiff has not paid the filing fee.

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED without prejudice for failure to pay the filing fee and failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).** Plaintiff is advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 20th day of May, 2026

                                                      s/ ERIC I. LONG
                              UNITED STATES MAGISTRATE JUDGE