E-FILED
Friday, 05 June, 2026  10:47:06 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **BRENDA MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Case No. 25-CV-3160** |
| ) | |
| **KANKAKEE CITY POLICE DEPT., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#12) was filed by the Magistrate Judge in the above cause on May 20, 2026.   More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made.   See 28 U.S.C. § 636(b)(1).   The Recommendation of the Magistrate Judge is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd*., 797 F.2d 538 (7th Cir. 1986).

 IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#12) is accepted by this court.

(2) Plaintiff's case is DISMISSED without prejudice for failure to pay the filing fee and failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

(3) This case is terminated.

ENTERED this 5th day of June, 2026.


s/ COLIN S. BRUCE
CHIEF U.S. DISTRICT JUDGE